| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DAVIS PULPWOOD, INC.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ALABAMA |
| Case number (if known) | **18-04004** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Business checking account with Cadence Bank in Monroeville, Al | | 1134 | $19.00 |
| 3.2. | Business checking account with Cadence Bank located in Monroeville, Al | | 1159 | $20.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $39.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

**Part 3:  Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | DAVIS PULPWOOD, INC. | Case number *(If known)* 18-04004 |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **30,000.00** | - | **0.00** | = .... | **$30,000.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$30,000.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4: Investments

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2016 Ford F-350 diesel truck** | $0.00 | | $40,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **DAVIS PULPWOOD, INC.** | Case number (If known) **18-04004** |
|---|---|---|
| | Name | |

| | | |
|---|---:|---:|
| **2004 Peterbilt tractor truck**<br>VIN 1XPFDBOX94D831310 | $0.00 | $35,000.00 |
| **2007 Peterbilt tractor truck**<br>VIN 1XPFDBOX07N695759 | $0.00 | $40,000.00 |
| **2005 Peterbilt tractor truck**<br>VIN 1XPFDBOX65N887720 | $0.00 | $40,000.00 |
| **2005 Peterbilt tractor truck**<br>VIN 1XPFDBOX85N844755 | $0.00 | $40,000.00 |
| **2006 Magnolia log trailer**<br>VIN 1M9BA402861435346 | $0.00 | $8,000.00 |
| **2000 Magnolia Log Trailer**<br>VIN 1M9LN4422Y1435042 | $0.00 | $8,000.00 |
| **2002 Magnolia log trailer**<br>VIN 1M9BA402X2143524 | $0.00 | $8,000.00 |
| **2005 Magnolia log trailer**<br>VIN 1M9BA4023511435091 | $0.00 | $8,000.00 |
| **2005 Magnolia log trailer**<br>VIN 1M9BA402551435285 | $0.00 | $8,000.00 |
| **1995 Magnolia log trailer**<br>VIN 5005 | $0.00 | $8,000.00 |
| **2008 Magnolia log trailer**<br>VIN 1M9BA402881435138 | $0.00 | $14,000.00 |
| **2011 Magnolia log trailer**<br>VIN: 1M9BA4029B1435298 | $0.00 | $8,000.00 |
| **1978 Akota log trailer**<br>VIN No. AT61078 | $0.00 | $8,000.00 |
| **2013 Western Star tractor truck**<br>VIN 5KJJABDR4DPBR5318 | $0.00 | $60,000.00 |
| **2013 John Deere 643K Timber Cutter**<br>Serial No. 1DW643KXKDC651537 | $0.00 | $70,000.00 |
| **2011 John Deere 648H Skidder**<br>Serial No. 634599 | $0.00 | $60,000.00 |

| Debtor | DAVIS PULPWOOD, INC. | Case number (If known) | 18-04004 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **2006 John Deere 700 Dozer**<br>Serial No. TO700JX120013 | | $0.00 | $50,000.00 |
| **2011 Prentice loader**<br>Serial No. PR65059 | | $0.00 | $50,000.00 |

51. **Total of Part 8.**                                                                                                                $563,000.00

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9:   Real property
54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property
59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11:   All other assets
70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                                                                      **Current value of**
                                                                                                                                      **debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    **notes receivable (officer loans)**    194,883.00    -    0.00    =    **$194,883.00**
                                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                          page 4

Debtor  **DAVIS PULPWOOD, INC.**            Case number *(If known)* **18-04004**
       Name

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                               **$194,883.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor **DAVIS PULPWOOD, INC.** Case number *(If known)* **18-04004**
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $39.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $563,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $194,883.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $787,922.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $787,922.00 |